# In the United States Court of Federal Claims

No. 20-354 C
(Filed: February 10, 2021)

```
* * * * * * * * * * * * * * * * * * * * *
                                        *
                                        *
ASSOCIATED MORTGAGE                     *
BANKERS INC.,                           *
                                        *
             Plaintiff,                 *
                                        *
   v.                                   *
                                        *
THE UNITED STATES,                      *
                                        *
             Defendant.                 *
                                        *
* * * * * * * * * * * * * * * * * * * * *
```

## ORDER

    As agreed by counsel for the parties, the Court will hold oral argument on the government's motion to dismiss on **February 23, 2021, at 2:30 p.m. EST**. The Court will hold the oral argument via Zoom videoconference, with telephone access if needed. The Court will separately send instructions for joining the videoconference.

    **IT IS SO ORDERED.**

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge